UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBTOR(s): | § | |
| | § | |
| Stephen Douglas McCool | § | CASE NO. 14-40276 |
| Kimberlee Jean McCool | § | |
| | § | |
| | § | Chapter 13 |
| | § | |

### ORDER GRANTING MOTION TO DISMISS CASE
### AS TO STEPHEN DOUGLAS McCOOL
### (Document No. 69)

Came on for consideration the Motion to Dismiss Case as to Stephen Douglas McCool, filed on December 5, 2016 (Document No. 69) (the "Motion"). The Court having, considered the Motion, and after reviewing the file, finds that the Motion should be granted. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Case as to Stephen Douglas McCool, filed on December 5, 2016 (Document No. 69) is hereby **GRANTED**.

Signed on 1/11/2017

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE