

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

03/28/2017

IN RE:
Kimberlee Jean McCool
PO Box 371
Callaway, MD 20620
SSN: XXX-XX-4694
Joint Debtor

Case No. 14-40276 btr
Chapter: 13

**ORDER DISMISSING PLEADING WITHOUT PREJUDICE**

On this date, the Court considered the Motion to Dismiss Chapter 13 Case by Debtor (the "Pleading") filed by Kimberlee Jean McCool (the "Movant") on March 24, 2017. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format. See for example; **LBR 9007, 1007, 1017, 2004, 2014, 3015, 4001, 4003, 6004, or 6007**

☑ Failure to include signed and/or dated certificate of service or parties served are not specified by name/mailing address. **FRBP 9013 and LBR 9013(e).**

IT IS THEREFORE ORDERED that the Pleading filed by Movant on March 24, 2017 is hereby DISMISSED without prejudice.

Signed on 03/28/2017

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE